*Vermont* Stat.
vol. 1. p. 68.

---

ROMEO WADSWORTH, Appellant,
*against*
BENJAMIN FASSETT, Esquire, late Guardian.

APPEAL from Probate Court.

*Benjamin Fassett*, Esquire, as late guardian to *Henry Walbridge* the second, since deceased, exhibited his account *as guardian*, against the estate of *Elisha Nichols*, deceased, to the Probate Court, on the 5th of *April*, 1802. The Judge examined and allowed the guardian's account, and ordered it to be recorded.

In all appeals from the Probate Court, this Court, as the Supreme Court of Probate, will proceed conformably to the practice in the Court, and not subject the appealed cause to the rules of pleading which regulate the common law proceedings of the Court.

From this decree, *Wadsworth*, in behalf of his wife *Eunice*, daughter and heir of *Elisha Nichols*, deceased, appealed.

A question is now made, in what mode shall the appellant's objections to the guardian's account be made to the Court?

Wadsworth
v.
Fassett.

*Vermont* Stat. vol. 1. p. 151.

When an appeal is taken from a decree of the Judge of Probate, upon the allowance of a guardian's account, the Judge should cause the register of his Court to certify a copy of such account, and send it up with the copies to the Supreme Court, where objections may be taken to its allowance in the nature of a bill of exceptions, or exceptions to a report of auditors.

*Per Curiam.* The 78th section of the act for the probate of wills, and the settlement of testate and intestate estates, constitutes this Court the Supreme Court of Probate. In all appeals from the Probate, our proceedings must be so far conformable to the proceedings in that Court, as to carry the design of the probate system into the most beneficial effect. If, on appeals from decrees in the Probate Court, the appealed causes are to be subjected to the rules of pleading ordinarily practised in this Court, delays would be created every way repugnant to the speedy settlement of the estates of deceased persons.

In the present case it appears, that the Judge of Probate has very correctly certified a copy of the guardian's account, which has been brought up in the copies from the registry of probate. Let the appellant file his objections to the account in the nature of a bill of exceptions, or exceptions to the report of auditors, and the Court will proceed to consider such objections.

*Lott Hall*, for appellant.
*Fay* and *Selden*, for appellee.